# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD W. MARSHALL, ) | 3:07-CV-222-RAM |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | March 10, 2009 |
| ) | |
| LIEUTENANT BRUCE KIRBY, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendant. ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Compel (Doc. #41) and Defendant has opposed the Motion (Doc. #42).

Plaintiff seeks to compel the production of the audiotape and/or transcript of the trial in the *City of Reno v. Marshall* case in the Reno Municipal Court.

It appears that Plaintiff did not seek the audiotape and/or transcript during discovery in this case and Plaintiff's Motion does not contain the certification required by Fed. R. Civ. P.  37(a)(1) and LR 26-7(b).

Plaintiff's Motion to Compel (Doc. #41) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>/s/</u>
    Deputy Clerk