AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / ENTERED
RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 2 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| GERALD MARSHALL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:07-CV-0222-RAM |
| BRUCE KIRBY | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____

☑ other:   the plaintiff, Gerald Marshall, recover from the defendant, Bruce Kirby, $25,000.00 in actual damages.

This action was *(check one)*:

☑ tried by a jury with Judge  Robert A. McQuaid, Jr., United States Magistrate Judge   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   09/02/2010

*CLERK OF COURT*

Jennifer Cotter
*Signature of Clerk or Deputy Clerk*